Gerald **ALBERS, Plaintiff-Appellant,**

v.

**Harold WHITLEY,
Defendants-Appellees.**

No. 82–3551.

United States Court of Appeals,
Ninth Circuit.

April 30, 1986.

Gene B. Mechanic, Portland, Or., for plaintiff-appellant.

Kay Kiner James, Asst. Atty. Gen., David Frohnmayer, Atty. Gen., Salem, Or., for defendants-appellees.

Before WRIGHT, CANBY and BOOCHEVER, Circuit Judges.

Pursuant to the decision and mandate of the Supreme Court of the United States in *Whitley v. Albers,* — U.S. —, 106 S.Ct. 1078, 89 L.Ed.2d 251 (1986), the decision of the district court in this case is affirmed.